AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

United States Courts
Southern District of Texas
FILED

JAN 10 2019

David J. Bradley, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| CANALES, Sadie Elaine<br>AKA: GARZA, Sadie Elaine | ) ) ) ) ) ) | Case No. 2:19mj 102 |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 6, 2017__ in the county of __Kenedy__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 USC 846 | Knowingly, intentionally, and unlawfully conspired to possess with the intent to distribute a controlled substance in Schedule II of the Controlled Substances Act of 1970, to wit: 6.3 kilograms (AGW) of methamphetamine. |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

Sworn to before me and
Signed in my presence.
~~Submitted by reliable electronic means, sworn to, signature attested telephonically per~~
Fed.R.Crim.P. 4.1, and probable cause found:

Date: JAnuary 10, 2019

City and state: Corpus Christi, Texas

*Complainant's signature*

Alex Jenne, Special Agent
*Printed name and title*

*Judge's signature*

~~Jason B. Libby, U.S. Magistrate Judge~~
*Printed name and title*

B. Janice Ellington
United States Magistrate Judge

ATTACHMENT "A"

CANALES, Sadie Elaine
AKA: GARZA, Sadie Elaine

On August 6, 2017, Beatrice ORTEGA and Esmeralda RAMOS were arrested at the USBP Checkpoint in Sarita, Texas. Both RAMOS and ORTEGA were found to be in possession of approximately 6.3 kilograms of methamphetamine.

Through multiple debriefings, RAMOS and ORTEGA identified Francisco CASTILLO as the individual who arranged the transportation of methamphetamine from Mexico into the United States. Agents were able to obtain telephone analysis from the phones of RAMOS and ORTEGA that indicated that CASTILLO was in communication with RAMOS and ORTEGA during the course of the conspiracy. Agents also found photographs and records of CASTILLO, Sadie CANALES, ORTEGA, and RAMOS crossing into the United States on August 6, 2017. Records indicate that CASTILLO was traveling with CANALES approximately one hour behind ORTEGA and RAMOS.

Based on these facts, CASTILLO was indicted before a Federal Grand Jury in Corpus Christi, Texas, for conspiring to possess with intent to distribute approximately 6.3 kilograms of methamphetamine. On August 7, 2018, agents interviewed CASTILLO who admitted to recruiting ORTEGA and RAMOS to transport the methamphetamine into the United States from Mexico. CASTILLO also stated that CANALES was the individual who utilized a Mexico source of supply and arranged for the methamphetamine to be placed in the vehicle for transportation into the United States. CASTILLO stated that CANALES accompanied CASTILLO into the United States on August 6, 2017 to ensure that the methamphetamine would reach the intended destination.

On September 5, 2018, agents interviewed RAMOS who was shown a six person photographic lineup containing the known image of CANALES. RAMOS pointed to the photo and stated that the female depicted in the photograph was the subject that gave CASTILLO approximately four hundred dollars of Unites States Currency that was then

given to RAMOS. RAMOS explained that the money was given to RAMOS due to the fact that it was taking a long time for the vehicle that contained the narcotics to get loaded and RAMOS was losing money from her legitimate employment.

On September 5, 2018, agents interviewed CASTILLO at the United States Federal Courthouse in Houston, Texas. CASTILLO was shown a six person photographic lineup containing the known image of CANALES. CASTILLO immediately pointed to the photo and stated that the female depicted in the photograph was the subject known to CASTILLO as "Sadie". CASTILLO had stated in a previous interview that CANALES was the source of supply for the 6.3 kilograms of methamphetamine seized on August 6, 2017.

On September 6, 2018, agents traveled to Galveston, Texas, to conduct an interview of ORTEGA. ORTEGA was shown a six person photographic lineup containing the known image of CANALES. ORTEGA pointed to photo and stated that the female depicted in the photograph was the subject who worked with CASTILLO and was the main person (source of supply) responsible for the methamphetamine that was seized from ORTEGA and RAMOS on August 6, 2017.

With federal prosecution concurrence from AUSA Robert D. Thorpe, members of the DEA arrested CANALES in Brownsville, Texas, on January 10, 2019. CANALES was advised of her Miranda Rights. CANALES admitted to organizing the transportation of the methamphetamine which was seized on August 6, 2017, from Mexico into the United States. CANALES stated that she was to be paid $8,000.00 for her role.